IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

        Plaintiff,

       -v-                                       24-MC

$9,539.00 UNITED STATES CURRENCY,

        *Defendant in rem*.
_____

## STIPULATION TO EXTEND PLAINTIFF'S TIME
## TO FILE COMPLAINT IN CIVIL FORFEITURE ACTION

IT IS HEREBY STIPULATED and agreed upon between the parties, the United States of America by its attorney, Trini E. Ross, United States Attorney for the Western District of New York, Mary Clare Kane, Assistant United States Attorney, of counsel, and Robert Hilson, *pro se* claimant, that the government's time to file its Verified Complaint for Forfeiture be extended from October 13, 2024 to December 12, 2024, pursuant to Title 18, United States Code, Section 983(a)(3)(A).

Dated:  September 30, 2024              Dated:  September 30, 2024

TRINI E. ROSS
United States Attorney
Western District of New York

By:  _____              By:  *s/Robert Hilson*
     Mary Clare Kane                               Robert Hilson
     Assistant United States Attorney       *Pro Se* Claimant
     138 Delaware Avenue                 325 Millicent Street
     Buffalo, New York 14202             Buffalo, New York 14215
     (716) 843-5809                            716-344-4629
     mary.kane@usdoj.gov                dezhilson@icloud.com